## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JEREL HANDY,                :
*on behalf of CKaron Handy*    :
                         :
      Plaintiff           :
                         :    CIVIL No. 3:19-cv-0201
     v.                 :
                         :    (Judge Mariani)
HOUTZDALE PRISON, et al.,   :
                         :
     Defendants       :

## ORDER

**AND NOW**, this _13th_ day of March, 2019, for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.     The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2.     The Clerk of Court is directed to **CLOSE** this case.

3.     Disposition of Plaintiff's motion to proceed *in forma pauperis* will be left to the discretion of the transferee court.

Robert D. Mariani
United States District Judge